

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00373-CR

| | | |
|---|---|---|
| AMBER HANIF RATTANI, Appellant | § | On Appeal from Criminal District Court No. 1 |
| | § | of Tarrant County (1536101D) |
| V. | § | April 23, 2020 |
| | § | Opinion by Justice Bassel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the order to withdraw funds, which is incorporated in the trial court's judgment. The order to withdraw funds is modified to delete the remaining balance of the fine originally assessed at the deferred-adjudication hearing ($280) and the unsupported portion of the probation fees ($60). With those changes to the order to withdraw funds, it is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
Justice Dabney Bassel